# Document Not Imaged

# The paper document is available in the Clerk's Office Files Department

Case 1:07-mc-00088    Document 3    Filed 03/08/2007    Page 1 of 1